AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**HOOSIER CARE, INC., a not-for-profit**
**Indiana corporation d/b/a SWANN SPECIAL**
**CARE CENTER**


vs.                                                    Case Number:    **05-2050**


**MICHAEL CHERTOFF, Secretary of the Department**
**of Homeland Security, et al.**


☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


  **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the defendant and against the plaintiff.


ENTER this 31st day of August, 2006.


s/John M. Waters, Clerk

_____
JOHN M. WATERS, CLERK


s/S. Johnson

_____
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case